AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | CRIMINAL COMPLAINT |
| vs. | § | CASE NUMBER: DR:22-M -01478(1) |
| | § | |
| (1) Jaime Luis Dominguez | § | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 21, 2022** in **Uvalde** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, conspire with and other unnamed co-conspirators, to transport, or move or attempt to transport or move, certain persons, knowing or in reckless disregard of the fact that that such persons were aliens illegally present in the United States, a felony,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(v)(I)** .

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"On June 21, 2022, defendant, Jaime Luis Dominguez, a U.S. Citizen, was arrested near Uvalde, TX for conspiracy to transport one illegal alien into the U.S. Defendant was encountered driving a silver 2013 Cadillac Escalade at the Uvalde Border Patrol Checkpoint on Hwy 90. Upon questioning of the vehicle's occupants', agents discovered defendant was transporting one illegal alien who was covered by several blankets.*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

_____
Signature of Complainant
Melton, Lance T.
Border Patrol Agent

06/23/2022
File Date

at   DEL RIO, Texas
City and State

VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.                              Case Number: DR:22-M -01478(1)

(1) Jaime Luis Dominguez

**Continuation of Statement of Facts:**

Defendant admitted conspiring with an individual known as "Guero" to pick up and transport the illegal alien from Del Rio, TX to San Antonio, TX for $2,500 USD."

_____          _____
Signature of Judicial Officer                              Signature of Complainant